OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY HAS AUTHORITY TO SELL AN OIL AND GAS LEASE ON THE ONE HALF MINERAL INTEREST IT RETAINED IN THE REAL ESTATE MENTIONED IN YOUR LETTER. WE SUGGEST, HOWEVER, THAT THE TERM THEREOF SHOULD NOT EXCEED TEN YEARS, AS PROVIDED FOR IN 64 O.S.H. 405, AND THAT THE SALE SHOULD BE MADE AS PROVIDED IN 64 O.S.H. 406 CITE: 19 O.S.H. 1, 19 O.S.H. 339, 64 O.S.H. 405 (FRED HANSEN)